# United States Court of Appeals
## For the First Circuit

No. 20-1093

UNITED STATES OF AMERICA,

Appellee,

v.

RASHAAD MCKINNEY, a/k/a Dawson, a/k/a D,

Defendant, Appellant.

**ERRATA SHEET**

The opinion of this Court, issued on July 19, 2021, is amended as follows:

On page 2, line 14, delete the comma following "("DTO")"

On page 6, line 18, replace the comma with a semicolon following "actors"

On page 8, line 12, replace "f.3d" with "F.3d"

On page 9, line 11, replace " Al-Rikabi" with "Al-Rikabi"